UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TINA DOLAN,

    Plaintiff,                                Case No. 3:22-cv-21

vs.

LOUIS DeJOY, POSTMASTER
GENERAL,                              District Judge Michael J. Newman

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE MEDICAL RECORDS UNDER SEAL (Doc. No. 31)**

---

        For good cause shown, Plaintiff's motion to file medical records under seal (Doc. No. 31) is **GRANTED** pursuant to the parties' Stipulated Protective Order (Doc. No. 26) and *Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299 (6th Cir. 2016). Good cause to file under seal exists because these documents will contain confidential information concerning minor confidential and private health information protected under the Health Insurance Portability and Accountability Act ("HIPAA"). The clerk of court is **INSTRUCTED** to accept these documents as filed under seal.

        **IT IS SO ORDERED.**

Date:   February 7, 2024                                s/ Michael J. Newman
                                                                 Michael J. Newman
                                                                 United States District Judge