UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TINA DOLAN,

    Plaintiff,                                     Case No. 3:22-cv-21

vs.

LOUIS DeJOY,
POSTMASTER GENERAL,                District Judge Michael J. Newman

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within seventy-five (75) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

December 3, 2024                                            s/*Michael J. Newman*
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge